**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-15-0000864**
**22-AUG-2018**
**02:13 PM**

NOS. CAAP-15-0000864 and CAAP-15-0000867

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CAAP-15-0000864
THOMAS I. MCKNEW, IV, and LISA A. MCKNEW,
individually and as Trustees of the McKnew Family Trust
dated May 21, 2004, Judgment Creditors-Appellees,
v.
DAVID A. WILSON, Judgment Debtor-Appellant,
and
HAWAIIAN ISLANDS REGIONAL CENTER LLC, and REGENCY NAMAKUA LLC,
Parties-in-Interest-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P. NO. 13-1-0591)

CAAP-15-0000867
THOMAS I. MCKNEW, IV, and LISA A. MCKNEW,
individually and as Trustees of the McKnew Family Trust
dated May 21, 2004, Judgment Creditors-Appellees,
v.
DAVID A. WILSON, Judgment Debtor-Appellee,
and
HAWAIIAN ISLANDS REGIONAL CENTER LLC, and REGENCY NAMAKUA LLC,
Third-Party Witness-Appellants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P. NO. 13-1-0591)

ORDER APPROVING STIPULATION FOR
DISMISSAL OF APPEAL WITH PREJUDICE
(By: Ginoza, Chief Judge, Fujise and Reifurth, JJ.)

Upon consideration of the Stipulation for Dismissal of
Appeal with Prejudice, filed August 20, 2018, by Third-Party
Witnesses-Appellants Hawaiian Islands Regional Center LLC and

Regency Namakua LLC, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal with prejudice is approved, and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED: Honolulu, Hawaiʻi, August 22, 2018.

Chief Judge

Associate Judge

Associate Judge

2